Cite as 2017 Ark. 136

# SUPREME COURT OF ARKANSAS

**No.** CR-98-657

| | | |
|---|---|---|
| | | **Opinion Delivered:** April 17, 2017 |
| BRUCE EARL WARD | | MOTION TO RECALL THE |
| | APPELLANT | MANDATE AND FOR STAY OF |
| | | EXECUTION [PULASKI COUNTY |
| V. | | CIRCUIT COURT NO. CR-89-1836] |
| | | |
| STATE OF ARKANSAS | | |
| | APPELLEE | |
| | | |
| | | DISSENTING OPINION. |

**SHAWN A. WOMACK, Associate Justice**

Bruce Earl Ward and Don William Davis filed their motions jointly, but this court has chosen to dispose of them separately. Due to the identical legal issues involved, I discuss the facts and legal arguments of both Ward and Davis in my dissent in *Davis v. State*, 2017 Ark. 135 (Womack, J., dissenting), handed down this same day.

I dissent.

WOOD, J., joins in this dissent.